NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3136

PETER J. LIZZIO,

Petitioner,

v.

DEPARTMENT OF THE ARMY,

Respondent.

Petition for review of the Merit Systems Protection Board
in PH0752060546-M-1.

ON MOTION

ORDER

Upon consideration Peter J. Lizzio's motion for an extension of time to file his reply brief,

IT IS ORDERED THAT:

The motion is granted. If the reply brief has not already been filed, the reply brief is due within 14 days of the date of filing of this order.

FOR THE COURT

NOV 2 0 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Lawrence A. Berger, Esq.
       Gregg M. Schwind, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 2 0 2009

JAN HORBALY
CLERK